HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
KYLE A. MABE, SBN 295735
kmabe@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiffs in Other Pending Actions
ROTOSOUND MANUFACTURING LIMITED;
and WAYNE PREIS d/b/a WEBSTRINGS.COM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DEAN MARKLEY USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CENVEO CORPORATION,<br><br>Defendants. | CASE NO. 5:14-cv-02650-BLF<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

This matter having come before the Court on Plaintiffs' (in Other Pending Actions) Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12, the Court having reviewed the relevant pleadings, papers, and arguments presented and on file:

**IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED.** The following cases call for a determination of many of the same or substantially identical questions of law and fact as the captioned Dean Markley Action and, therefore, are likely to entail substantial duplication of labor and expense or conflicting results if the cases are conducted before different Judges:

1. *Rotosound Manufacturing Limited vs. Cenveo Corporation; and John Does 1 to 10, Names Unknown*, Case No. 5:16-CV-02379 EJD, (the "Rotosound Action");  and

    2. *Wayne Preis d/b/a Webstrings.com vs. Cenveo Corporation; and John Does 1 to 10, Names Unknown*, Case No. 5:16-CV-2384 BLF, (the "Webstrings Action").

    Both of these cases shall be deemed related pursuant to Local Rule 3-12 and assigned to Judge _____ for further handling.

DATED: July___, 2016

                                           By: _____
                                                JUDGE OF THE U.S. DISTRICT COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On July 7, 2016, I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2016, at San Francisco, California.

_____
Kate A. Bendick

12504244.1

## SERVICE LIST

POLSINELLI PC,
POLSINELLI LLP in California
Zuzana S. Ikels
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone:   (415) 248-2100
Facsimile:   (415) 248-2101

Attorneys for Defendant
CENVEO CORPORATION

POLSINELLI PC
Jon. A. Bierman
Matthew C. Hans
Britton L. St. Onge
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone:  (314) 889-8000
Facsimile:    (314) 231-1776

Attorneys for Defendant
CENVEO CORPORATION

12504244.1