HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
KYLE A. MABE, SBN 295735
kmabe@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for WAYNE PREIS D/B/A
WEBSTRINGS.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WAYNE PREIS D/B/A/ WEBSTRINGS.COM,<br><br>Plaintiff,<br><br>v.<br><br>CENVEO CORPORATION and JOHN DOES 1 TO 10, NAMES UNKNOWN,<br><br>Defendants. | CASE NO. 16-CV-02384-BLF<br><br>Related cases:     5:14-cv-02650-BLF<br>                              5:16-cv-02379-BLF<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Action Filed: May 2, 2016<br>Trial Date: None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the parties' Stipulation To Extend Time To Respond To Complaint And Request For Order Continuing Initial Case Management Conference and for good cause shown, hereby order:  The Initial Case Management Conference is continued to a date after December 5, 2016.  The Case Management Statement is due by _____.  The Initial Case Management Conference is set for _____.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Court Judge

12538039.1

Case No. 16-CV-02384-BLF
[PROPOSED ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CMC